**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

**Michael L. McConnell**
**Clerk of Court**

**Telephone: 225-389-3500**
**Facsimile: 225-389-3501**

July 10, 2020

**KERNAN AUGUST HAND**
Kernan Hand Lawfirm
110 Veteran's Blvd. Suite 170
Metairie, LA 70005

**RE**: **3:20-cv-00447-SDD-EWD**
Sadeghi et al v. Aetna Life Insurance Company

**NOTICE**

This matter has been filed in the Middle District of Louisiana. A review of the record indicates Robert J. Axelrod and Leslie S. Howard are listed as co-counsel for Plaintiffs, Alireza Sadeghi and Taylor Theunissen. Our records indicate they are currently not admitted to practice before the Middle District of Louisiana. As a result, they will not be allowed to sign or electronically file any pleadings or appear in court until admitted.

If he and/or she is a member of the Louisiana State Bar, please have him/her complete the attorney admission packet located on our website at https://www.lamd.uscourts.gov/BarAdmission. Otherwise, a Motion to Appear Pro Hac Vice must be filed by local counsel, in accordance with Local Rule 83(b)(8) and the $100.00 fee paid through the Case Management/Electronic Case Filing (CM/ECF) System

If you have any questions, please feel free to call the Clerk's Office at 225-389-3500.

Sincerely,

Michael L. McConnell
Clerk of Court

By: Kassi Wilcox
Deputy Clerk